UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GREGORY THOMAS,

Plaintiff,

v.

KEVIN MCMAHILL, et al.,

Defendants.

Case No. 2:26-cv-01644-MMD-NJK

ORDER

When Plaintiff Gregory Thomas initiated this case in May of 2026, the Court sent him an advisory letter explaining, among other things, that Thomas should immediately file written notification of any change of address, and that the case could be dismissed if he failed to do so. (ECF No. 2 at 1.) On August 4, 2026, the Court directed Thomas to file his current address with the Court within 30 days. (ECF No. 3.) The Court's order came back as undeliverable to the last address that Thomas had provided. (ECF No. 4.) On September 30, 2026, the Court dismissed the Complaint without prejudice and closed this case because Thomas had not filed an updated address. (ECF Nos. 5, 6.)

On October 26, 2026, Thomas filed a notice of change of address and a motion requesting permission to add the name of a John Doe Defendant to his complaint. (ECF Nos. 8, 9.) Because this case has been closed, the Court denies the motion as moot. The Court will direct the Clerk of the Court to send Thomas a courtesy copy of his complaint. If Thomas wishes to pursue his claims, he may do so by initiating a new case with a complaint and an application to proceed *in forma pauperis*.

It is therefore ordered that the Clerk of the Court is directed to send to Plaintiff Gregory Thomas a courtesy copy of his Complaint (ECF No. 1-1.)

///

///

It is further ordered that Thomas's motion to add the name of a John Doe Defendant (ECF No. 9) is denied as moot.

DATED THIS 16th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE